UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HOV SERVICES, INC.,

                Plaintiff,                              18-cv-9780 (PKC)

      -against-

                                                            <u>ORDER</u>

ASG TECHNOLOGIES GROUP, INC.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        ASG Technologies Group, Inc. ("ASG") has moved for production of the source code for the programs DocumentsDNA and Box Office. Having considered the written submissions of the parties, the application is GRANTED to the extent that the Court orders production of the source code for DocumentsDNA and Box Office, including any code written for the migration process, to a mutually agreeable third-party source code escrow company for review by ASG's expert under a protective order by January 17, 2019. Costs, attorneys' fees and all other relief requested are DENIED. Letter motion 67 is terminated.

        SO ORDERED.

                                                                       **P. Kevin Castel**
                                                              **United States District Judge**

Dated: New York, New York
       December 19, 2019